ANNIE NOONAN and Another, Appellants, v. HENRY SONN & Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.; O'Malley and Townley, JJ., dissent and vote for reversal and a new trial.

In the Matter of the Application of AUGUST A. DIETER, Respondent, for an Order of Mandamus against GEORGE J. RYAN and Others, Constituting the Board of Education of the City of New York, and Others, Appellants.*— Order modified by striking out the provision for back salary, and as so modified affirmed, without costs. (See *Matter of Barmonde* v. *Kaplan*, 266 N. Y. 214.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of PHILIP BINDLER, Respondent, for an Order of Mandamus against JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of CHARLES J. GROSS, Appellant, for an Order of Mandamus against JOHN H. DELANEY, Chairman, and Others, Constituting the Board of Transportation of the City of New York, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. (See *Matter of Barmonde* v. *Kaplan*, 266 N. Y. 214.) Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

FLORENCE MOTLEY, Appellant, v. AGNES E. MORROW, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HARRY KRAFT, Appellant, *v.* ARMANDO ARAUJO and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROSEL HOLDING CORPORATION, Appellant, and HILL FRANKEL and Others, Plaintiffs, v. THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Respondent, Impleaded with Others, Defendants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CONLEW, INC., Appellant, v. HENRY D. KAUFMANN, Defendant, Impleaded with HERMAN FLOERSHEIMER and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SPEAR SECURITIES CORPORATION, Respondent, v. WHITECOURT CONSTRUCTION CORPORATION, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WALTER G. EVANS and Others, Respondents, v. CHARLES E. KELLEY and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES H. BROWN, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.